NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

KNOWLES ELECTRONICS LLC AND MOUSER ELECTRONICS, INC.

*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,

*Appellee,*

AND

ANALOG DEVICES, INC.,

*Intervenor.*

---

2011-1565

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-700.

---

ON MOTION

---

## ORDER

Upon consideration of the unopposed motion of Analog Devices, Inc. for leave to intervene,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

OCT 0 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Steven M. Bauer, Esq.
Richard L. Rainey, Esq.
Clint A. Gerdine, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 7 2011

JAN HORBALY
CLERK